UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| EZ KEY PROGRAMMING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-070-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER DISMISSING WITH** |
| IKEYLESS, LLC, *et al.* | ) | **PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court has received and reviewed the parties' Joint Stipulation of Dismissal with Prejudice, [R. 26], of each of Plaintiff's claims against all defendants in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 15th day of November, 2023.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record